Docusign Envelope ID: 1F1CD2BE-66EC-4BF1-9F0C-39608C02B4F8

1   Richard Lyon (Cal. Bar No. 229288)
2   rick@dovel.com
    DOVEL & LUNER, LLP
3   201 Santa Monica Blvd., Suite 600
    Santa Monica, California 90401
4   Telephone: (310) 656-7066
5   Facsimile: +1 (310) 656-7069

6
7   *Attorney for Plaintiff*

8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10

11  NICHOMA NEIL, individually and on        Case No.
12  behalf of all others similarly situated,

13          *Plaintiff,*                      **CLRA VENUE DECLARATION**
                                              **OF NICHOMA NEIL**
14
15  v.

16  TRUE RELIGION APPAREL, INC.
17  and TRUE RELIGION SALES, LLC,

18          *Defendants.*

19
20
21
22
23
24
25
26
27
28

I, Nichoma Neil, declare as follows:

1.  I am a named Plaintiff in this action.

2.  On or around July 25, 2025 and on or around August 28, 2025, I purchased products from Defendants' website, truereligion.com, while living in Los Angeles, California.

3.  I understand that, because I purchased the products in Los Angeles, California, the transactions occurred within the Central District of California, and therefore, this is a proper place to bring my California Consumer Legal Remedies Act claim.

I declare under penalty of perjury, under the laws of the United States and the State of California, that the foregoing is true and correct to the best of my knowledge.

Signature: _____

DocuSigned by:

3CB06D2BCB8040A...

Nichoma Neil

Dated: 11/11/2025

CLRA Venue Declaration                    1                    Case No: